```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
WILD EDIBLES, INC.,                  :
                                     :
                Plaintiff,           :    07 Civ. 9225
                                     :
        -v-                          :         ORDER
                                     :
BRANDWORKERS, INTERNATIONAL, AND     :
DANIEL GROSS,                        :
                                     :
                Defendants.          :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On consent of Judge Louis L. Stanton of this Court, it is requested that this case be transferred to Judge Stanton, as related to <u>Barturen et al. v. Wild Edibles, Inc., et al.</u>, No. 07 Civ. 8127.

SO ORDERED.

Dated: New York, NY
       October 16, 2007

_____
JED S. RAKOFF, U.S.D.J.

(Part I)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-17-07