UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X

WILD EDIBLES, INC.,

                        Plaintiffs                              **AFFIDAVIT OF**

        against-                                     **SERVICE**

BRANDWORKERS INTERNATIONAL and
DANIEL GROSS,

                        Defendant.                    Docket No. 07 CV

                                            (Stanton, J.)

———————————————————————— X

STATE OF NEW YORK}
              } ss:
COUNTY OF NASSAU}

       Barbara Tsotsos, being duly sworn, deposes and says:

       That Deponent is not a party to this action, is over 18 years of age and resides at Merrick, New York.

       That on the 17th day of October, 2007 Deponent served an Order to Show Cause upon:

Brandworkers International and Daniel Gross
New York, New York
(917) 591-6128

by transmitting the papers by electronic means to the facsimile number listed above, which number was designated for such purpose. I received a signal from the equipment of the parties served indicating that the transmission was received.

                                              Barbara Tsotsos

Sworn to before me this
17th day of October, 2007

Notary Public

MARYANN KATCHEN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4891017
QUALIFIED IN QUEENS COUNTY
CERTIFICATE FILED IN NASSAU COUNTY
COMMISSION EXPIRES _____

414316-1

```
***********************
***  TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO            2369
RECIPIENT ADDRESS   19175916128
DESTINATION ID
ST. TIME            10/17 11:27
TIME USE            01'04
PAGES SENT          3
RESULT              OK
```

LAW OFFICES

# Meltzer, Lippe, Goldstein & Breitstone, LLP

THE CHANCERY

190 WILLIS AVENUE, MINEOLA, NY 11501

TELEPHONE: (516) 747-0300

FACSIMILE: (516) 237-2893

INTERNET: www.meltzerlippe.com

DATE:   October 17, 2007

TELECOPIER MESSAGE FROM: **RICHARD M. HOWARD, ESQ.**

OF MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

PLEASE DELIVER THE FOLLOWING PAGES TO:
**MR. DANIEL GROSS /BRANDWORKERS INTERNATIONAL**

FAX NUMBER:   **(917) 591-6128**

TOTAL NUMBER OF PAGES INCLUDING THIS INFORMATION SHEET: **3**

TRANSMITTING FROM A CANON TELECOPIER LASER CLASS 7500.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US BACK AS SOON AS POSSIBLE AT (516) 747-0300, ext. __186__.

**MESSAGE:**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.