ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
WILD EDIBLES, INC.,

          Plaintiff,          **ORDER**

       -against-           07 Civ. 9225 (LLS)

BRANDWORKERS, INTERNATIONAL,
and DANIEL GROSS,

          Defendants.
- - - - - - - - - - - - - - - - -X

    Following argument by the parties before me this afternoon, plaintiff's application by order to show cause issued on October 16, 2007 for a preliminary injunction, and the complaint dated October 12, 2007 were withdrawn, with leave to replead.

    So ordered.

Dated:   New York, New York
          October 18, 2007

                              Louis L. Stanton
                              LOUIS L. STANTON
                                U.S.D.J.