UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
WILD EDIBLES, INC.,
            Plaintiffs,

      -against-

BRANDWORKERS,
INTERNATIONAL and DANIEL
GROSS,
            Defendants.
----------------------------------------X

**07 CIV 9225 (LLS)**

**ORDER TO SHOW CAUSE**
Docket No. 07 CV

Upon the affidavit of Richard Martin, president of the Plaintiff in the above entitled action, sworn to the 12th day of October, 2007, and upon all the papers and proceedings heretofore had herein, let all other parties, show cause at room 21.C of this court to be held at the courthouse thereof, located at 500 Pearl Street, New York, New York on the 18th day of October, 2007, at 3 o'clock in the afternoon of that day, or as soon thereafter as counsel can be heard, why an order should not be made: (1) preliminarily enjoining the Defendants from engaging any acts intended to coerce any purchaser of the Plaintiff's products from continuing to purchase same; (2) preliminarily enjoining any attempt to enforce an agreement dated October 4, 2007 between the Defendants and a restaurant named Pastis and its affiliated restaurants; and (3) affording the Plaintiff such other and further relief as may be just, proper, and equitable; and it is further;

~~Ordered, that pending the hearing and determination of the subject motion, Defendants are enjoined from any further coercive acts against Pastis and any of its affiliated restaurants (including, but not limited to any demonstrations outside~~

This Order to Show Cause is signed without any view of the merits of the action, and only to bring the parties before the Court.

Louis L. Stanton

10/16/07

LLS / ~~of said restaurants' premises;) or seeking to enforce any agreement between any Defendants herein and Pastis, and it is further Ordered that: Security in the Amt of $_____ be posted by~~ 2w07

Sufficient reason appearing therefore, let service of a copy of this order, together with the papers upon which it was granted, via Facsimile upon the Defendants at 917-591-6128 on or before the 12 noon 17th day of October, 2007, be deemed good and sufficient service hereof.

~~Enter,~~

Louis L. Stanton
USDJ

October 16, 2007
2:45 P.M

413924-1