ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
WILD EDIBLES, INC.,

        Plaintiff,

    -against-

BRANDWORKERS, INTERNATIONAL,
and DANIEL GROSS,

        Defendants.
- - - - - - - - - - - - - - - - - -x

**ORDER**

07 Civ. 9225 (LLS)

    The Court having dismissed the complaint with leave to replead on October 18, 2007 (Prelim. Inj. Hr'g Tr. at 18, Oct. 18, 2007), the Clerk is directed to close this case.

    So ordered.

Dated:    New York, New York
           March 17, 2008

                                    *Louis L. Stanton*
                                    LOUIS L. STANTON
                                        U.S.D.J.