ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
WILD EDIBLES, INC.,

        Plaintiff,

    -against-

BRANDWORKERS, INTERNATIONAL,
and DANIEL GROSS,

        Defendants.
- - - - - - - - - - - - - - - - - -X

**ORDER**

07 Civ. 9225 (LLS)

    This Court's Order dated March 17, 2008 is hereby amended to read as follows:

    The Court having dismissed the complaint with leave to replead on October 18, 2007 (Prelim. Inj. Hr'g Tr. at 18, Oct. 18, 2007), the Clerk is directed to close this case, without prejudice to the re-opening of the case upon the filing of an amended complaint by the plaintiff.

    So ordered.

Dated:    New York, New York
           March 27, 2008

                                *Louis L. Stanton*
                                LOUIS L. STANTON
                                    U.S.D.J.