UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILD EDIBLES, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>INDUSTRIAL WORKERS OF THE WORLD LOCAL 460/640, BRANDWORKERS INTERNATIONAL And DANIEL GROSS,<br><br>        Defendant. | 07 CV 9225 (LLS)<br>Electronically Filed |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP hereby appears in the above-captioned action as counsel for Defendants BRANDWORKERS INTERNATIONAL and DANIEL GROSS in the above-captioned proceeding, and requests that copies of any and all pleadings, orders, or other documents filed or entered in this case, be delivered and served at the address set forth below:

Dated: New York, NY
    April 29, 2008

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP

By: _/s/ Robert R. Schriver_

Thomas A. Arena (TA 4613)
Robert R. Schriver (RS 6924)
One Chase Manhattan Plaza
New York, NY 10005-1413
212.530.5000
212.530.5219 (facsimile)

*Attorneys for Defendants Brandworkers*
*International and Daniel Gross*

## CERTIFICATE OF FILING

      I hereby certify that this Notice of Appearance was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on April 29, 2008.

_____