ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILD EDIBLES, INC.,

                Plaintiff,

v.

INDUSTRIAL WORKERS OF THE WORLD
LOCAL 460/640, BRANDWORKERS
INTERNATIONAL and DANIEL GROSS,

                Defendants.

07 CV 9225 (LLS)

### STIPULATION EXTENDING TIME TO ANSWER OR MOVE WITH RESPECT TO AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Wild Edibles, Inc. and counsel for Defendants Brandworkers International and Daniel Gross that:

1. The deadline for Defendants Brandworkers International and Daniel Gross to answer or move with respect to the Amended Complaint shall be extended to on or before May 23, 2008.

2. Plaintiff agrees that this stipulation is without prejudice to, and that Defendants Brandworkers International and Daniel Gross do not waive, any defense that these Defendants may assert in any motion or responsive pleading, except as such defense relates to service of the Amended Complaint.

Dated: New York, New York
April 29, 2008

| | |
|---|---|
| MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP | MILBANK, TWEED, HADLEY & McCLOY LLP |
| By: /s/ Richard M. Howard (RMH 2932) | By: /s/ Thomas A. Arena (TA 4613) |
| 190 Willis Avenue | Robert R. Schriver (RS 6924) |
| Mineola, New York 11501 | One Chase Manhattan Plaza |
| (516) 747-0300 | New York, NY 10005-1413 |
| | (212) 530-5000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Wild Edibles, Inc.* | *Brandworkers International and Daniel Gross* |

SO ORDERED THIS 1st DAY OF May, 2008:

/s/ Louis L. Stanton
HON. LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

- 2 -