UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILD EDIBLES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> INDUSTRIAL WORKERS OF THE WORLD LOCAL 460/640, BRANDWORKERS INTERNATIONAL, and DANIEL GROSS, <br><br> Defendants. | ECF CASE <br><br> No. 07 Civ. 9225 (LLS) <br><br> **NOTICE OF DEFENDANTS BRANDWORKERS INTERNATIONAL AND DANIEL GROSS' MOTION TO DISMISS THE AMENDED COMPLAINT** <br><br> **(Oral Argument Requested)** |

PLEASE TAKE NOTICE THAT upon the accompanying: (i) Defendants Brandworkers International and Daniel Gross' Memorandum of Law in Support of Its Motion to Dismiss the Amended Complaint for Failure to State a Claim; and (ii) the Affirmation of Robert R. Schriver, dated May 23, 2008, Defendants Brandworkers International and Daniel Gross move this Court for an Order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint in its entirety with prejudice, and awarding such further relief as this Court deems just and proper.

Brandworkers International and Daniel Gross respectfully request oral argument on the Motion, with the date and time to be established thereafter by the Court.

Dated: May 23, 2008

                              MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
      Thomas A. Arena (TA 4613)
      Robert R. Schriver (RS 6924)
      1 Chase Manhattan Plaza
      New York, NY 10005-1413
      (212) 530-5000

*Co-counsel for Defendants* BRANDWORKERS INTERNATIONAL *and* DANIEL GROSS

TO:

Richard M. Howard, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
(516) 747-0300

*Counsel for Plaintiff Wild Edibles, Inc.*