UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILD EDIBLES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INDUSTRIAL WORKERS OF THE WORLD LOCAL 460/640, BRANDWORKERS INTERNATIONAL and DANIEL GROSS,<br><br>Defendants. | ECF CASE<br><br>No. 07 Civ. 9225 (LLS) |

### DECLARATION OF ROBERT R. SCHRIVER

I, Robert R. Schriver, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with the firm Milbank, Tweed, Hadley & M$^c$Cloy LLP, co-counsel to Defendants Daniel Gross and Brandworkers International in the above-captioned action. I am a member in good standing of the Bars of the State of New York and the United States District Court for the Southern District of New York. I submit this Declaration in support of Defendants Brandworkers International And Daniel Gross' Memorandum Of Law In Support Of Their Motion To Dismiss The Amended Complaint For Failure To State A Claim, dated May 23, 2008.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint filed in *Barturen et al v. Wild Edibles, Inc. et al*, 1:07-cv-08127 (S.D.N.Y.), dated September 17, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the Order granting injunctive relief in *Barturen et al v. Wild Edibles, Inc. et al*, 1:07-cv-08127 (S.D.N.Y), dated December 18, 2007.

4.      Attached hereto as Exhibit C is a true and correct copy of the original complaint filed in *Wild Edibles, Inc. v. Brandworkers, et al.*, 1:07-cv-9225 (S.D.N.Y.), before the Honorable Louis L. Stanton, dated October 12, 2007.

5.      Attached hereto as Exhibit D is a true and correct copy of the transcript of the October 18, 2007 court hearing on an Order To Show Cause filed in *Wild Edibles, Inc. v. Brandworkers, et al.*, 1:07-cv-9225 (S.D.N.Y.), before the Honorable Louis L. Stanton.

Dated:  May 23, 2008
        New York, New York

_____
Robert R. Schriver