UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILD EDIBLES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> INDUSTRIAL WORKERS OF THE WORLD LOCAL 460/640, BRANDWORKERS INTERNATIONAL, and DANIEL GROSS, <br><br> Defendants. | ECF CASE <br><br> 07 Civ. 9225 (LLS) |

## NOTICE OF APPEARANCE

Undersigned counsel, David A. Colodny of the Urban Justice Center, hereby enters an appearance as an additional representative of Defendants Brandworkers International and Daniel Gross in the above-captioned matter. Undersigned counsel does not represent the Defendant named as Industrial Workers of the World Local 460/640.

Respectfully Submitted,

David A. Colodny, Esq. (DC4234)
Urban Justice Center
123 William Street, 16th Floor
(646) 459-3006 (tel)
(212) 533-4598 (fax)
dcolodny@urbanjustice.org

## CERTIFICATE OF SERVICE

I, David A. Colodny, hereby certify that the foregoing Notice of Appearance was sent this 12th day of June, 2008, by placing same in the U.S. Mail, postage prepaid, to the following:

Mr. Richard M. Howard, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501

_____
David A. Colodny