UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILD EDIBLES, INC.,

Plaintiff,

v.

INDUSTRIAL WORKERS OF THE WORLD
LOCAL 460/640, BRANDWORKERS
INTERNATIONAL and DANIEL GROSS,

Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/08

ECF Case

07 CV 9225 (LLS)

## STIPULATION EXTENDING TIME TO RESPOND TO DEFENDANTS BRANDWORKERS INTERNATIONAL AND DANIEL GROSS' MOTION TO DISMISS WILD EDIBLES, INC'S AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Wild Edibles, Inc. and counsel for Defendants Brandworkers International and Daniel Gross that:

1.     The deadline for Plaintiff Wild Edibles, Inc., to file a brief in response to the Defendants Brandworkers International And Daniel Gross' Motion To Dismiss Wild Edibles, Inc's Amended Complaint (the "Motion to Dismiss") shall be extended to on or before June 23, 2008; and

2.     The deadline for Defendants Brandworkers International and Daniel Gross to file a reply brief with respect to the Motion to Dismiss shall be extended to on or before July 11, 2008.

Dated:      New York, New York
            June 9, 2008

MELTZER, LIPPE, GOLDSTEIN &           MILBANK, TWEED, HADLEY & McCLOY LLP
    BREITSTONE, LLP

By: _____         By: _____
    Richard M. Howard (RMH 2932)          Thomas A. Arena (TA 4613)
190 Willis Avenue                         Robert R. Schriver (RS 6924)
Mineola, New York 11501               One Chase Manhattan Plaza
(516) 747-0300                        New York, NY 10005-1413
                                      (212) 530-5000

*Attorneys for Plaintiff*             *Attorneys for Defendants*
*Wild Edibles, Inc.*                  *Brandworkers International and Daniel Gross*


SO ORDERED THIS _13th_ DAY OF _June_ , 2008:


_____
HON. LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE