UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

WILD EDIBLES, INC.,

                    Plaintiffs,                              **AFFIDAVIT OF**

    -against-                                                  **SERVICE**

BRANDWORKERS INTERNATIONAL and
DANIEL GROSS,                                        Docket No. 07 CV 9225
                    Defendant.                              (Stanton, J.)
———————————————————————X

STATE OF NEW YORK )
                        ) ss.:
COUNTY OF NASSAU )

      Carolyn A. Best, being duly sworn, deposes and says:

      That Deponent is not a party to this action, is over 18 years of age and resides in Westbury, New York.

      That on the 23rd day of June, 2008 Deponent served **PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND AN AFFIDAVIT IN OPPOSITION WITH EXHIBITS** upon:

David B. Rankin, Esq.              Robert R. Schriver, Esq.
350 Broadway, Suite 700          Milbank, Tweed, Hadley & McCloy, LLP
New York, N.Y. 10013             1 Chase Manhattan Plaza
                                            New York, NY 10005-1413

Allison Belovin, Esq.
Levy Ratner, P.C.
80 Eighth Avenue
New York, New York 10011

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York

                                                    _____
                                                      CAROLYN A. BEST

Sworn to before me this
23rd day of June, 2008

_____
NOTARY PUBLIC

436530-1

                                  JONATHAN D. FARRELL
                             Notary Public, State of New York
                                  No. 02FA5018039
                             Qualified in Nassau County
               Commission Expires September 20, 20 09