# EXHIBIT "B"

| iww.ca | iww.org.au | iww.org.uk | Scotland IWW | wobblies.de | Search IWW.org |

# WORKERS OF THE WORLD
## A UNION FOR ALL WORKERS

| Home | Join the IWW | Organize | Directory | Culture | Store | Contact Us |

**Features**

- IWW Events Calendar
- IWW News
- Get a Web site account
- IWW Chat Rooms
- IWW Forums
- IWW Member Blogs
- Search
- Web Links

**Member Resources**

- Pay IWW Dues Online
- Donate to iww.org
- IWW.ORG Email
- IWW Email Lists

**Navigation**

- Create Content

Username: *

Password: *

[Log in]



**Committees**

- General Defense
- Industrial Classification
- Int'l Solidarity

Home » Directory » IWW Branches and Contacts in the United States» New York

New York

## New York City GMB

- Mail - PO Box 7430, JAF Station, New York, NY 10116
- E-Mail - iww-nyc@iww.org
- Online Newsletter - wobblycity.org

## Starbucks Workers Union iu660

- Organizers
  - Daniel Gross: 917-577-1110
  - Tomer Malchi: 646-753-1167
- Mail - c/o IWW IU460-640, 44-61 11th St. Fl. 3, Long Island City, NY 11101
- Email - starbucksunion@yahoo.com

## IU 650 Delegate - Jim Crutchfield

- Mail - PO Box 7430, JAF Station, New York, NY 10116.
- E-Mail - classify@iww.org

## ("James Connolly") Upstate NY GMB

- Mail - PO Box 235, Albany, NY 12201-0235
- Phone - (518) 833-6853
- E-Mail - secretary@upstate-ny-iww.org

---

## Start Your Own IWW Branch

If you cannot find an IWW branch in your industry or community, We will help you start an IWW branch if none currently exists.

This section also includes information on how to recruit new



**Tech Support**

Problem Reports

User Manual

IWW Graphics

**US Members' Rights**

US LMRDA Summary

Complete Text

**Syndicate**



**Save the Internet!**

members, how to hold and run successful meetings, and how to deal with sensitive issues, such as diversity and burnout.

▸ New York City GMB

‹ Albuquerque IWW          up          New York City GMB ›

File under:



Industrial Workers of the World
General Headquarters
PO Box 23085, Cincinnati, OH 45223-3085, USA
tel: (513) 591-1905
Email - ghq [at] iww.org
Website - www [at] iww.org

