# EXHIBIT "C"



**IWW Starbucks Workers Union**

Login    Register

email us
phone: 917-577-1110

Home
About Us
Bean2Cup Campus Campaign
E-mail Action Updates
Get Involved
Contact Us
News Archive
Forums
Documentary
Gov't Starbucks Settlement
Events
Search



**We are Starbucks Workers Coming Together for:**

- Increased pay and raises
- Guaranteed hours with the option of fulltime status
- An end to understaffing
- A healthier and safer workplace

Get Involved    **Join the Union**    Contribute $$

**New! Join Online**

**Top News**

**Starbucks Fires Outspoken Michigan Barista for Union Activity**
Submitted by SWU on Fri, 06/06/2008 - 9:06pm.

*Grand Rapids firing comes in the midst of Unfair Labor Practice charges being investigated by the NLRB against Starbucks.*

Grand Rapids, MI (06/06/2008)- Starbucks terminated a barista active in the IWW Starbucks Workers Union today as part of its ongoing effort to combat a growing movement of employees pushing for a living wage and secure work hours. The barista, Cole Dorsey, was fired after two years of service while he was coordinating a union recruitment drive at Starbucks stores in Grand Rapids. Starbucks' pretext for the illegal anti-union firing was that Dorsey was guilty of some months-old attendance infractions.

"Today I joined the growing number of baristas that Starbucks has fired in its relentless union-busting campaign," said Cole Dorsey. "Starbucks' disrespect for the right to join a union is appalling and absolutely will not stop our efforts to have a voice at work."

The firing comes as a National Labor Relations Board judge is set to rule after a lengthy trial on the retaliatory terminations of three New York City baristas. Even

Username:

Password:

Log in

Create new account
Request new password

**Starbucks Union**
Sign up to receive campaign bulletins

E-mail:

○ Subscribe
○ Unsubscribe

Submit

**Read our feed**



**Recent blog posts**
SWU Allies Hit Starbucks in Spain on May Day
Judge draws clear line at tip jar in Starbucks case
Will Starbucks reveal Calorie count
Starbucks to Appeal Tip-Sharing Ruling
ISRAEL: Histadrut, 'Coffee Bean' sign breakthrough labor agreement
97% of Coffee Drinkers Call the Bluff on Starbucks "Training" Closure [Nation's Restaurant News]
Starbucks Baristas Win California Tip Case
Starbucks labor settlement approved [Seattle PI]
Coffee Bean Workers May Reach A Settlement
Starbucks Lobbied on Welfare, Trade in 2007 [AP]

more

**Sbux Union News**
Starbucks Fires Outspoken Michigan Barista for Union Activity
Grand Rapids Starbucks