# EXHIBIT "D"



| Home | Join the IWW | Organize | Directory | Culture | Store | Contact Us |

**Features**
- IWW Events Calendar
- IWW News
- Get a Web site account
- IWW Chat Rooms
- IWW Forums
- IWW Member Blogs
- Search
- Web Links

**Member Resources**
- Pay IWW Dues Online
- Donate to iww.org
- IWW.ORG Email
- IWW Email Lists

**Navigation**
- Create Content

Username: *

Password: *

[Log in]



**Committees**
- General Defense
- Industrial Classification
- Int'l Solidarity

Home » News - All Departments and Unions » Department 400 - Manufacture and General Production» Foodstuff Workers Industrial Union 460

# Foodstuff Workers Industrial Union 460

All workers except agricultural and fishery workers, engaged in producing and processing food, beverages, and tobacco products.

## E-Z Supply Ordered to Pay IWWs $1 Million: An IU 460 Legal Update

Submitted by Steph on Mon, 06/02/2008 - 11:57pm.

### From the *Industrial Worker*, June 2008

Since the IWW Industrial Union 460 began organizing in foodstuffs warehouses 3 years ago, we've organized in ten workplaces with varying degrees of success. One issue at every shop has been the employer's failure to comply with wage and hour laws.



Many companies have retaliated by firing workers for their union activity. Workers have fought back through strikes, pickets, demonstrations, and selective legal action, among other tactics. We find legal action to be most effective when combined with these other methods, and when viewed as a means and not an end. This is a report on our legal status, but readers should understand that legal action is one of many tools workers are using to win their demands.

About a year and a half after we began utilizing legal action, several favorable rulings have recently come down and several settlements have been reached. Since the rulings have just came down, companies have not yet begun making payments.

Read more    1 attachment    Visit New York City GMB

File under:  NYC GMB    Foodstuff Workers Industrial Union 460    NYC iu460

## 20 Fired from Flaum in NYC

Submitted by intexile on Fri, 05/30/2008 - 3:44pm.

Flaum Appetizing, a kosher food distributor, terminated 20 IWW members last week. The IWW had a strong presence at Flaum, with about two-thirds of the warehouse being union members. Workers had been struggling for respect from the boss for almost a year before



**Tech Support**
- Problem Reports
- User Manual
- IWW Graphics

**US Members' Rights**
- US LMRDA Summary
- Complete Text

**Syndicate**

**Save the Internet!**

the firings occurred.

The chain of events began last Thursday when the boss fired a woman known for being a strong union member. When her fellow workers decided to confront the boss about her termination, they were all fired on the spot.

The IWW is putting up daily picket lines this week and will fight the terminations through direct action, media pressure, and legal action.

Supporters can write letters to management at:

Flaum Appetizing
288 Sholes Street
Brooklyn, NY 11206

Login or register to post comments   Read more   Visit Foodstuff Workers Industrial Union 460

File under: NYC GMB   Foodstuff Workers Industrial Union 460   NYC iu460

### City Bakery Blocks General Manager's Extension - Take Action Tell The City Bakery to Honor the Food Chain!
Submitted by intexile on Thu, 05/08/2008 - 3:31am.



*Please keep calling City Bakery; apparently it has cut off the general manager's extension! You can call at (212) 366-1414 and then just press 0 and ask for a manager. Please send the revised call to action below to your lists, otherwise folks won't be able to get through:*

The City Bakery chain enjoys an image of being a "green" and "socially conscious" business. Yet, the City Bakery NY sells seafood from labor rights violator, Wild Edibles, Inc.

Given City Bakery's progressive image, current and former Wild Edibles workers were surprised when owner Maury Rubin refused to even enter into a dialogue regarding the hardships they face.

Read more   Visit New York City GMB

File under: NYC GMB   Foodstuff Workers Industrial Union 460   NYC iu460

### Co-op accused of union-busting
Submitted by intexile on Mon, 05/05/2008 - 3:36pm.



**By DAVID TABER - *Jamaica Plain Gazette*, May 2, 2008**

SOUTH ST.—Two workers who were fired from the Jamaica Plain store of Harvest Co-op Markets in the last six months claim they were terminated for expressing support for union organizing efforts at the nonprofit supermarket. Harvest denies their accusations.

Diego Bencosme and Deon Furtick had both worked at Harvest for close to four years. They were both fired for failing to punch out

when they went off shift—a rule they claim was rarely, if ever, enforced during their tenures.

They were fired without prior warnings, they said.

Both say they were fired because of their support for a current effort by the Industrial Workers of the World (IWW) to organize at Harvest. Both have filed complaints with the National Labor Relations Board.

Read more

File under:  Boston Area GMB    Foodstuff Workers Industrial Union 460    NYC iu460

### Make the Road, IWW Unite in Call for Immigrant and Workers' Rights
Submitted by intexile on Mon, 05/05/2008 - 3:29pm.

**By By Alex Kane - *The Indypendent*, May 2, 2008**



Brooklyn, New York—Around 150 people marched across the Brooklyn Bridge with Make the Road New York and the Industrial Workers of the World NYC Branch for a May Day immigrant rights demonstration. Flanked by red and black Wobbly flags and signs that read "Opportunity for Immigrant Workers," the demonstrators chanted slogans like "Si se puede," and "El pueblo, unido, jamas tera vencido."

There was a boisterous rally held before the march at Cadman Plaza Park in Brooklyn, with music, dancing and chanting. One song's lyrics, roughly translated, said "we will overcome misery" and "we'll have to break the chains."

Read more    Visit New York City GMB

File under:  NYC GMB    Foodstuff Workers Industrial Union 460    NYC iu460

### Workers to Ask Judge to Hold Wild Edibles in Contempt of Court Over Retaliatory Firings
Submitted by intexile on Sat, 04/26/2008 - 1:53pm.

For Immediate Release: Brandworkers International

Contact: press (at) brandworkers.org

Press Conference and Rally: Workers Will Ask Judge to Hold Wild Edibles in Contempt of Court Over Retaliatory Firings

Workplace Justice Campaign Has Persuaded Over Twenty of NYC's Most Well-Known Fine Dining Restaurants to Steer Clear of Wild Edibles

COMPELLING VISUALS: Spirited Chanting Workers - Vibrant Signs and Banners

**What:**

Case 1:07-cv-09225-LLS    Document 23-5    Filed 06/23/2008    Page 5 of 8

Read more    Visit New York City GMB

File under:  NYC GMB    Foodstuff Workers Industrial Union 460    NYC iu460

### Immigrant Workers Take Direct Action Against "No-Match" Firings
Submitted by intexile on Sat, 04/12/2008 - 2:59pm.

A group of Latino workers, at the Twin Cities-based D'Amico's & Sons restaurant chain have organized and taken direct action to resist being fired for receiving "No-Match" letters from the Social Security Administration. The workers  many who have well over a decade of service for the company  have been joined by family members, some co-workers, the Workers Interfaith Network (WIN), Students for a Democratic Society (SDS) and the Twin Cities General Membership Branch of the Industrial Workers of the World (I.W.W.) and others.



D'Amico's announced that Monday, March 31, 2008 would be the last day of work for 17 employees who had received the "no-match" letters. This appears to be illegal as the Social Security's "no-match" notices explicitly state that employers should take no "adverse action" against employees based on these letters. "No-match" means a problem has been identified with a worker's name and social security number not matching. Sometimes this can be due to immigration status, other times a simple typo can trigger the letter. In any case, the legal precedent has been that it was up to employees to correct the issue and not employers. A California Federal Court halted attempts by the Bush administration to penalize employers for having workers with "no-match" letters.

Login or register to post comments    Read more    Visit Foodstuff Workers Industrial Union 460

File under:  Twin Cities GMB    Foodstuff Workers Industrial Union 460    NYC iu460

### Giorgione Becomes Latest Famed Restaurant to Drop Wild Edibles
Submitted by intexile on Mon, 04/07/2008 - 3:44pm.

For Immediate Release: Brandworkers International

Contact: press (at) brandworkers.org - April 7, 2008
Giorgione Drops Wild Edibles Amid Escalating Labor Dispute

Immigrant Workers Seeking to Improve Large Seafood Company Score Another Victory

New York, NY- Employees at Wild Edibles have chalked up a gain in their effort to win unlawfully withheld overtime pay and a voice at work with the decision of highly-regarded Italian restaurants, Giorgione and Giorgione 508, to refrain from purchasing Wild Edibles seafood until workers' grievances are fairly resolved. Giorgione joins leading New York restaurants including Pastis, Union Square Cafe, La Goulue, Mermaid Inn, and Sushi Samba that have previously pulled out of Wild Edibles over concern for the treatment of employees there.

Read more    Visit Foodstuff Workers Industrial Union 460

File under:  NYC GMB    Foodstuff Workers Industrial Union 460    NYC iu460

1  2  3  4  5  6  7  8  9  next ›  last »




Industrial Workers of the World
General Headquarters
PO Box 23085, Cincinnati, OH 45223-3085, USA
tel: (513) 591-1905
Email - ghq [at] iww.org
Website - www [at] iww.org