# EXHIBIT "E"



# WOBBLY CITY
### AN INJURY TO ONE IS AN INJURY TO ALL
## NEWSLETTER OF THE NYC BRANCH

Volume 2, Issue 8 - October 01, 2007

IWW Home Page  Photo Gallery  Starbucks Union  Wobbly City Archive

## Pastis Drops Wild Edibles
### By Stephanie Basile

**ARCHIVE**

October 01, 2007
September 01, 2007
August 07, 2007
July 02, 2007
June 15, 2007
May 14, 2007
February 01, 2007
January 03, 2007
December 01, 2006
June 01, 2006
May 01, 2006

**CONTACT**

Diane Krauthamer (Staff)
Stephanie Basile (Staff)
Tomer Malchi (Staff)
Wobbly City Editor

**PHOTO GALLERY**

1- General Assembly 2007 (1)
2- General Assembly 2007 (2)
3- Providence 8/26/07
4- Providence 8/11/07
5- Inaugural 460/640 Meeting Photos 2005

**RESOURCES**

IWW Home Page
Next Left Notes
Starbucks Workers Union



**October 08, 2007**

Pastis, a trendy restaurant in Manhattan's West Village, recently signed an agreement with Brandworkers International to no longer use Wild Edibles as a seafood distributor. Brandworkers, a nonprofit that promotes workers' rights, had been putting pressure on Pastis to drop Wild Edibles.

In August, five workers from Wild Edibles joined the Industrial Workers of the World to demand better working conditions. With the help of Brandworkers, the workers brought a lawsuit against Wild Edibles for wage and overtime violations. Shortly after, Wild Edibles owner Richard Martin fired the five workers.

The IWW was gearing up to hit Pastis with weekly flyerings, but when Pastis caught wind of the planned actions they decided to go forth with the agreement in order to avoid the wrath of the union.

The agreement applies not only to Pastis but to five additional restaurants owned by Pastis - Balthazar, Schiller's, Morandi, Pravda, and Lucky Strike. Together these reataurants account for about 10% of Wild Edibles' business. The restaurants will no longer use products from Wild Edibles until the dispute is resolved.

**Top City**
**B**



**October 03, 2007**

PICKET PLANNED SATU

Five workers from Top Cit
The "Gang of Five" – Osv
been some of the stronge
they joined the union almc

After one of the workers w
approached the boss in ar

morning, the boss told the
them back in. They contin

Before joining the union, T
weeks with no overtime ar
shop went union. Workers
violations and negotiated ;
the boss to sign the contra
Monday.

Workers will be picketing ;
bigger picket on Saturday

**About the Union:**

The Industrial Workers of the World, NYC

General Membership Branch meets the first Sunday of each month at 2pm at our office: 44-61 11th Street 3rd Floor Long Island City, NY 11101.

Industrial Union 460/640 meets the first monday of each month at 7pm at our office: 44-61 11th Street 3rd Floor Long Island City, NY 11101.

**How to contact us:**

IU 460/640 - Billy Randal 646-645-6284
Starbucks Union - 917-577-1110
E-mail: iww.nyc@gmail.com
Mail: PO Box 7430, JAF Station, NY 10116
http://www.IWW.org
http://www.starbucksunion.org
Wobbly City: wobblycity@yahoo.com