# EXHIBIT "F"



# WOBBLY CITY
### NEWSLETTER OF THE NYC BRANCH

AN INJURY TO ONE IS AN INJURY TO ALL

Volume 3, Issue 6 - June 01, 2008

IWW Home Page   Photo Gallery   Starbucks Union   Wobbly City Archive

**ARCHIVE**

June 01, 2008
May 03, 2008
April 01, 2008
March 02, 2008
February 03, 2008
January 01, 2008
December 04, 2007
November 01, 2007
October 01, 2007
September 01, 2007
August 07, 2007
July 02, 2007
June 15, 2007
May 14, 2007
February 01, 2007
January 03, 2007
December 01, 2006
June 01, 2006
May 01, 2006

**CONTACT**

Diane Krauthamer (Staff)
Stephanie Basile (Staff)
Wobbly City Editor

**PHOTO GALLERY**

1- MLK Day 2008
2- General Assembly 2007
3- Providence 8/11/07
4- Feb 19 2007
5- MLK Day 2007
Photos 2005
Photos 2007

**RESOURCES**

IWW Home Page
Next Left Notes
Starbucks Workers Union

## Kosher Distributor Faces Labor Court Hearing
### By Marissa Brostoff, The Forward



**June 13, 2008**

From The Forward:

Just weeks after the nation's largest kosher slaughterhouse made national news for problems with its workers, a kosher food distributor in Brooklyn has become caught up in an escalating dispute with its employees.

Flaum Appetizing fired nearly half its 45 employees May 28. According to Alvin Blyer, the Brooklyn regional director of the National Labor Relations Board, the employees had gone on strike in support of a co-worker who had been fired two days earlier for alleged involvement in a protest against the company's labor policies. When they tried to return to work, they were told their jobs had been terminated.

"For now, I am not working, nor are any of my comrades," said Irma Juarez, a Flaum employee who was among those fired. "The majority doesn't want to go back, because we feel there was a lot of injustice done. Some feel that we could go back. But this can only happen if we all go back."

Aviram Chen, a manager of the company, declined to comment on the situation.

In the past year, a number of Jewish organizations, led by Conservative movement rabbis, have suggested that consumers should consider the labor and environmental conditions behind kosher food. A union that is affiliated with the workers at Flaum has made similar arguments in its protests of the company. In a pamphlet handed out to shoppers outside Zabar's, a gourmet supermarket on Manhattan's Upper West Side, the union said, "Flaum Appetizing Corp. strictly observes Halakha (Jewish Law) with regard to food, but arrogantly defies its teachings (and State and federal laws) concerning treatment of workers."

Flaum has done business in Brooklyn for 90 years and specializes in smoked fish products and an array of side dishes. It has a storefront in a heavily Hasidic part of Williamsburg and distributes its products under its own brand name and other labels.

The NLRB, a government organization that investigates labor disputes, has been investigating Flaum for several months. The organization late last year issued a complaint against the company for its response to unionization efforts, and is now considering whether to file an additional complaint over the recent dismissals.

"Employers cannot lawfully fire employees for protesting," Blyer said. He added that this was the case regardless of whether the employees were protesting a lawful or unlawful dismissal of a co-worker.

## E-Z Supply Ordered to Pay IWWs
### An IU 460 Legal Update
### By Stephanie Basile



**June 02, 2008**

From *Industrial Worker*, June 2008

Since the IWW Industrial Union 460 began organizin warehouses 3 years ago, we've organized in ten wo degrees of success. One issue at every shop has be failure to comply with wage and hour laws.

Many companies have retaliated by firing workers fo Workers have fought back through strikes, pickets, c selective legal action, among other tactics. We find l most effective when combined with these other meth viewed as a means and not an end. This is a report but readers should understand that legal action is or workers are using to win their demands.

About a year and a half after we began utilizing lega favorable rulings have recently come down and seve been reached. Since the rulings have just came dow not yet begun making payments.

**Handyfat Trading (now called HDF Trading)**
Six workers were awarded a total of $360,000. The a motion to require Handyfat to pay interest and lega raise the total amount.

**E-Z Supply (now called Sunrise Plus)**
Thirteen workers were awarded a total of $1.068 mil have tried to escape liability by forming a new corpo Plus. The union has made a motion to define Sunris ego for E-Z Supply, which would hold Sunrise Plus li

The upheaval at Flaum comes after a long series of controversies over the labor conditions at Agriprocessors, the nation's largest kosher slaughterhouse, located in Postville, Iowa. After years of complaints about the working conditions at the plant, in mid-May nearly 400 undocumented workers were arrested in a raid conducted by Immigration and Customs Enforcement. There does not appear to be a connection between the two cases, although most of the Flaum employees, like those at Agriprocessors, are immigrants from Latin America.

The Flaum employees have been attempting to join the International Workers of the World union for the past year. According to IWW organizer Billy Randel, the unionization effort prompted the company to meet some worker demands regarding vacation days, wages and overtime pay, but also led the company to harass workers involved in unionizing and to intimidate others.

According to Blyer, after the NLRB files its complaint, the company will either come to a settlement with its workers or will face trial in an administrative law court.

judgment against E-Z Supply.

**Giant Big Apple**
Fifteen of seventeen workers have settled. The fiftee of $325,000. The remaining two have yet to settle.

**Amersino**
Fifteen of sixteen workers have settled. Due to a cor agreement, the union is unable to disclose the amou

**Top City Produce**
The company was investigated by the New York Att office. Negotiations are currently under way.

**Wild Edibles**
In September 2007, sixteen workers filed a lawsuit o overtime pay and retaliation. An additional eight wor joined the case. The plaintiffs are set to request clas would expand coverage in the case to all current an going back six years.

A few months after the suit was filed, a federal judge injunction ordering the company not to retaliate agai is part of the suit. The company has since allegedly injunction several times, and the workers' lawyers re to hold the company in contempt of court. To date, e four workers involved in the case have been fired or discharged.

**Flaum Appetizing**
A back wage case is proceeding against the compar workers were terminated for union activity. The unior complaint with the NLRB.

**Penang Restaurant**
Penang, a Malaysian restaurant in the Upper East S summer 2007. Workers at the restaurant had been v for under minimum wage when they chose to join the The IWW issued a heavy flyering campaign outside the boss refused to honor an agreement with the uni

**HWH**
HWH changed its name twice before closing down ir the most slave-like warehouses in the industry, HWF put in as many as 116 hours per week, with drivers ( days in a row with no time off. The union reached ar company in July 2007. Shortly after, HWH locked ou changed its name to Dragonland, and then to US Ga for good.

*Jim Crutchfield, Daniel Gross, and Billy Randel cont*

---

**About the Union:**

The Industrial Workers of the World, NYC

General Membership Branch meets the first Sunday of each month at 2pm.

Industrial Union 460/640 meets the first Monday of each month at 6:30pm.

Meetings are held at 44-61 11th Street 3rd Floor Long Island City, NY 11101.

**How to contact us:**

Phone: 917-577-1110
Mail: PO Box 7430, JAF Station, NY 10116
E-mail: iww-nyc@iww.org
http://www.iww.org
http://www.starbucksunion.org
Wobbly City: wobblycity@yahoo.com