# EXHIBIT "G"

home mail lists hosting help status donate about-us

- Home

iww.nycannouncements@lists.riseup.net A list for announcements about IWW events and activities in NYC

email address:

password:
    Login

First login?
Lost password?
Subscribers: 102
**About Subscribe Unsubscribe Archive Post Contact list admins RSS**

English

# [iww.nycannouncements] Mass Flyering Tomorrow!

chronological thread

- **From**: Stephanie B <callthedoctor_@hotmail.com>
- **To**: 460 Solidarity <460solidarity@lists.riseup.net>, Announcements Wobs <iww.nycannouncements@lists.riseup.net>, NYC Wobs <nycwobs@lists.iww.org>
- **Subject**: [iww.nycannouncements] Mass Flyering Tomorrow!
- **Date**: Wed, 3 Oct 2007 09:08:14 -0400
- **Importance**: Normal

Reminder: Mass Flyering at Pastis Tomorrow!
Thurs, Oct 4 @ 8pm
Pastis Restaurant, 9 Ninth Avenue

?s call Steph 201-787-6035

See ya there!

Suburban Blight zine - http://www.ladymen.8m.com/SuburbanBlight.html
Help yourself to FREE treats served up daily at the Messenger Café. Stop by today!

- **[iww.nycannouncements] Mass Flyering Tomorrow!**, *Stephanie B, 10/03/2007*

Powered by Sympa 5.3.4

- **To**: 460 Solidarity <460solidarity@lists.riseup.net>, Announcements Wobs <iww.nycannouncements@lists.riseup.net>, NYC Wobs <nycwobs@lists.iww.org>
- **Subject**: [iww.nycannouncements] Th 10/4: Mass Flyering at Pastis!
- **Date**: Fri, 28 Sep 2007 20:34:37 -0400
- **Importance**: Normal

WHAT: Mass flyering action

WHEN: Thursday, October 4th at 8pm

WHERE: Pastis, 9 9th Ave, Manhattan

WHY: This is the kickoff of our second leafleting campaign, which targets customers who use Wild Edibles as a seafood supplier. Workers at Wild Edibles recently announced their membership in the IWW. Five workers were fired for their involvement in the union.

IMPORTANT: The nonprofit workers' center, Brandworkers International, has sent Pastis a letter requesting the restaurant sign a contract stating that they will stop using Wild Edibles as a supplier. The bosses at Pastis are well aware of what they are being asked to do.

The IWW is leafletting outside Pastis, but is not the group who is requesting the contract with Pastis. If anyone from Pastis attempts to talk to you, simply say, "You know what you need to do," and say no more.

Suburban Blight zine - http://www.ladymen.8m.com/SuburbanBlight.html

Invite your mail contacts to join your friends list with Windows Live Spaces. It's easy! Try it!

- **[iww.nycannouncements] Th 10/4: Mass Flyering at Pastis!**, *Stephanie B, 09/28/2007*

Powered by Sympa 5.3.4

**Attachment:** *go-previous.png* *(1 KB)*   [ **Download** ]



**Attachment:** *go-next.png* *(1 KB)*   [ **Download** ]