# EXHIBIT "H"

# Brandworkers International

| Home | Legal Defense-Plus | News | Campaigns | Blog | About us | Get Involved | Contact |

## Focus on the Food Chain



*Empowering Food Distribution Workers to Rise Out of Sweatshop Conditions*

### Shameful Sweatshops

Food warehouse workers servicing some of the chicest gourmet markets and restaurants in the Northeastern United States are frequently denied the most basic workplace rights. Management regularly fails to pay these mostly immigrant workers the minimum wage or overtime premium as required by law. Disrespect and abuse from management is the norm, while health benefits are a far off dream.

### Workers Rising Up

Against the odds, immigrant workers at several of the major food distributors in New York City are standing up for dignity. Sick of being dehumanized and tired of fierce retaliation, the workers have decided to fight back with the comprehensive support of Brandworkers.

The **Brandworkers Focus on the Food Chain** initiative is coordinating two large federal class action lawsuits on the workers' behalf and empowering them through know-your-rights trainings. Workers are learning how to communicate their story through the media and on the Internet. Finally, Brandworkers is working closely with the employees to educate new workers about their right to legal claims and join a labor union. And there's much more to come.

### Focus on the Food Chain Now!

Get breaking news from the *Focus on the Chain* campaign at Wild Edibles!

**User login**

Username: *

Password: *

- Create new account
- Request new password

**Content Filter**

Company
<All>

Author
Submit

Brandworkers International - Gaining recognition for the value of retail and food workers throughout the supply chain