**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|   |   |   |
|---|---|---|
| WILD EDIBLES, INC., | ) | **ECF Case** |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| - against - | ) | No. 07 Civ. 9225 (LSS) |
|  | ) |  |
| INDUSTRIAL WORKERS OF THE WORLD LOCAL 460/640, BRANDWORKERS INTERNATIONAL, and DANIEL GROSS, | ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

---

## CERTIFICATE OF SERVICE

I, Robert R. Schriver, an attorney duly admitted to practice before the Southern District of New York, hereby certify that I caused a true and correct copy of the Reply Memorandum of Law In Support Of Defendants Brandworkers International And Daniel Gross' Motion To Dismiss Wild Edibles' Amended Complaint to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

Dated: July 11, 2008

By: /s/ Robert R. Schriver
Robert R. Schriver (RS-6924)
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005
(212) 530-5000