**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILD EDIBLES, INC.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>INDUSTRIAL WORKERS OF THE WORLD LOCAL 460/640, BRANDWORKERS INTERNATIONAL And DANIEL GROSS,<br><br>                    Defendant. | **07 CV 9225 (LLS)**<br>**Electronically Filed** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants BRANDWORKERS INTERNATIONAL and DANIEL GROSS in the above-captioned proceeding, and requests that copies of any and all pleadings, orders, or other documents filed or entered in this case, be delivered and served to:

>Elizabeth Virga, Esq.
>MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
>1 Chase Manhattan Plaza
>New York, New York 10005
>Telephone:  (212) 530-5000
>Facsimile:  (212) 530-5219
>Email:     evirga@milbank.com

-2-

| | |
|---|---|
| Dated: New York, NY<br>September 2, 2008 | MILBANK, TWEED, HADLEY & McCLOY LLP<br><br>By: /s/ Elizabeth M. Virga<br>    Elizabeth M. Virga (EV-1125)<br>    One Chase Manhattan Plaza<br>    New York, NY 10005-1413<br>    212.530.5000<br>    212.530.5219 (facsimile)<br><br>*Attorneys for Defendants Brandworkers*<br>*International and Daniel Gross* |